United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2009

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SCIPIO GLOBAL DEV., LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-07-85 |
| LARRY BERTSCH, | § § | |
| Defendant. | § | |

## OPINION AND ORDER

BE IT REMEMBERED that on January 14, 2009, the Court **ORDERED** the District Clerk to close the case. On December 2, 2008, the Court granted Defendant Larry Bertsch's Oral Motion to Dismiss with Prejudice. The Court **STRUCK** the Unopposed Motion to Dismiss without Prejudice signed by counsel for Plaintiff but filed by counsel for Defendant, Dkt. No. 29.

WHEREFORE, the Court **ORDERS** the District Clerk to close the case.

DONE at Brownsville, Texas, on January 14, 2009.

Hilda G. Tagle
United States District Judge